IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BACHINSKI,<br><br>    Plaintiff,<br><br>  v.<br><br>EUAN S. THOMSON, et al.,<br><br>    Defendants.<br>_____ | No. 09-05639 CW |
| CHRISTOPHER BORRELLI,<br><br>    Plaintiff,<br><br>  v.<br><br>EUAN S. THOMSON, et al.,<br><br>    Defendants.<br>_____/ | No. 09-05655 CW<br><br>ORDER ADMINISTRATIVELY CLOSING CONSOLIDATED CASES |

    On December 23, 2009, the above-captioned cases were consolidated for all further proceedings with C-09-5580 CW, <u>In Re Accuray, Inc. Shareholder Derivative Litigation</u>. Accordingly,

    IT IS HEREBY ORDERED that:

    There appears to be no further reason at this time to maintain these cases as open ones for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

    Nothing contained in this Order shall be considered a dismissal or disposition of these actions, and, should further

1  proceedings become necessary or desirable, any party may initiate
2  it in the same manner as if this Order had not been entered.

Dated:   4/2/2010

*[signature: Claudia Wilken]*

CLAUDIA WILKEN
United States District Judge

2